UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDELMIRA GUERRERO, individually, and on behalf of others similarly situated,

                Plaintiffs,

    v.

MONQ, LLC,

                Defendant.

**ORDER**

22-cv-2472 (ER)

RAMOS, D.J.

    On April 28, 2022, Monq, LLC ("Monq") submitted a letter requesting a pre-motion conference for its anticipated motion to dismiss. *See* Doc. 8. The conference scheduled for May 18, 2022 at 11:30 AM EST is hereby adjourned. Monq's request for leave to file a motion to dismiss is granted. The briefing scheduled is as follows: papers due June 7, 2022; opposition due June 28, 2022; and reply due July 5, 2022.

    It is SO ORDERED.

Dated: May 17, 2022
       New York, New York

                                                Edgardo Ramos, U.S.D.J.